FILED
CLERK, U.S. DISTRICT COURT

FEB - 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JOSE VILLASENOR,

    Defendant.

CASE NO. CR 11-0050-3

ORDER OF DETENTION

I.

A. (✓) On motion of the Government in a case allegedly involving:

  1. (✓) a crime of violence.

  2. (✓) an offense with maximum sentence of life imprisonment or death.

  3. (✓) a narcotics or controlled substance offense with maximum sentence of ten or more years.

  4. ( ) any felony - where the defendant has been convicted of two or more prior offenses described above.

  5. (✓) any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C § 2250.

B. (✓) On motion by the Government / ( ) on Court's own motion, in a case

allegedly involving:

(✓) On the further allegation by the Government of:

1. (✓) a serious risk that the defendant will flee.
2. ( ) a serious risk that the defendant will:
   a. ( ) obstruct or attempt to obstruct justice.
   b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

C. The Government (✓) is/ ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of any person or the community.

II.

A. (✓) The Court finds that no condition or combination of conditions will reasonably assure:

1. (✓) the appearance of the defendant as required.
2. (✓) and/or
   (✓) the safety of any person or the community.

B. (✓) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

III.

The Court has considered:

A. the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;
B. the weight of evidence against the defendant;
C. the history and characteristics of the defendant; and
D. the nature and seriousness of the danger to any person or to the community.

1
2   IV.
3   The Court also has considered all the evidence adduced at the hearing and the
4   arguments and/or statements of counsel, and the Pretrial Services
5   Report/recommendation.
6
7   V.
8   The Court bases the foregoing finding(s) on the following:
9   A. (✔)   As to flight risk: Defendant failed to provide verified background
10          information or any viable bail resources.
11  B. (✔)   As to danger: Defendant has an extensive prior criminal history,
12          including a prior probation revocation. In addition, the instant
13          allegations against Defendant are of highly-concerning nature.
14                                     VI.
15  A. ( )   The Court finds that a serious risk exists that the defendant will:
16      1. ( ) obstruct or attempt to obstruct justice.
17      2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.
18  B. The Court bases the foregoing finding(s) on the following: ⎯⎯⎯
19
20
21
22
23
24
25
26                                     VII.
27  A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.
28

1  B. IT IS FURTHER ORDERED that the defendant be committed to the
2  custody of the Attorney General for confinement in a corrections facility
3  separate, to the extent practicable, from persons awaiting or serving
4  sentences or being held in custody pending appeal.
5  C. IT IS FURTHER ORDERED that the defendant be afforded reasonable
6  opportunity for private consultation with counsel.
7  D. IT IS FURTHER ORDERED that, on order of a Court of the United States
8  or on request of any attorney for the Government, the person in charge of
9  the corrections facility in which the defendant is confined deliver the
10 defendant to a United States marshal for the purpose of an appearance in
11 connection with a court proceeding.
12
13
14
15 DATED: February 1, 2011
16
17                                          HONORABLE JAY C. GANDHI
                                            UNITED STATES MAGISTRATE JUDGE