# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE VILLASENOR, *et al.*,<br><br>Defendants. | CR 11-00050 GAF-TJH<br><br>Order |

The Court has considered the Ninth Circuit Court of Appeals' order and mandate vacating this Court's August 1, 2016, order denying Defendant Jose Villasenor's July 25, 2016, motion for a sentence reduction.

**It is Ordered** that Villasenor shall, within sixty days from the date of this order, file either a new motion for a sentence reduction or give the Court notice that he wants the Court to consider his July 25, 2016, motion in light of the Ninth Circuit's order and mandate.

Date: November 15, 2018

_____
Terry J. Hatter, Jr.
Senior United States District Judge